D. Michael Reilly, WSBA #14674
Steven D. Jensen, WSBA#26495
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

THE HONORABLE LONNY R. SUKO

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

ROBIN (HUNT) HANKEL, a single woman,

    Plaintiff,

v.

THE HARTFORD INSURANCE COMPANY, d/b/a THE HARTFORD FINANCIAL SERVICES GROUP, INC., a State of Connecticut insurance company,

    Defendant.

No. CV-11-175-LRS

**ORDER OF DISMISSAL WITH PREJUDICE**

**ORDER**

The parties having stipulated for dismissal of any and all claims or causes of action by plaintiff with prejudice and without an award of costs or fees, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that any and all claims or causes of action by plaintiff

ORDER OF DISMISSAL - 1
No. CV-11-175-LRS

are hereby dismissed with prejudice and without an award of costs or fees.

DATED this 30th day of January, 2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/ Steven D. Jensen*
   Steven D. Jensen, WSBA No. 26495
   D. Michael Reilly, WSBA No. 14674
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
T: 206-223-7000
F: 206-223-7017
Email: jensens@lanepowell.com
Attorneys for Defendant
The Hartford Insurance Company,
d/b/a The Hartford Financial Services Group, Inc.

GEORGE R. GUINN PS

By *s/ George R. Guinn*
   George R. Guinn, WSBA #19573
George R. Guinn PS
605 East Holland Ave., Ste. 113
Spokane, WA 99218
T: 509-464-2410
F: 509-464-2412
Email: grguinn@georgeRguinn.com
Attorney for Plaintiff Robin (Hunt) Hankel

ORDER OF DISMISSAL - 2
No. CV-11-175-LRS

073000.1568/5276289.1